UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANOTEX, LLC,　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)　No. 1:15-cv-1313
-v-　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)　Honorable Paul L. Maloney
APPLIED TEXTILES, INC.,　　　　　　　　　　　)
　　　　　　　　Defendant.　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)

## JUDGMENT

The Court has resolved all pending motions and has dismissed all pending claims.

As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  June 18, 2018 　　　　　　　　　　　　　　 /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge